# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL MCGRATH

JILL MCGRATH

TIM MCGRATH

MARTIN MCGRATH

COLIN MCGRATH

CM, *a minor, by her mother and father*, *next friend*
JILL MCGRATH, *next friend*, MICHAEL MCGRATH

        Plaintiffs

  v.

                                                             Civil Action No. 3:20-cv-656

DUNECREST CONDOMINIUM ASSOCIATION

HOLLY CANDELLA

RUTH PALONIS

MICHAEL HERNANDEZ

JANET MORAN

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

__X__ Other:  JUDGMENT IS ENTERED in favor of Defendants Dunecrest Condominium Association, Holly Candella, Ruth Palonis, Michael Hernandez, and Janet Moran and against Plaintiffs Michael McGrath, Jill McGrath, Tim McGrath, Martin McGrath, Colin McGrath, and CM McGrath.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Theresa L. Springmann on Defendants' Motion for Summary Judgment

DATE: 5/23/2024                    CHANDA J. BERTA, CLERK OF COURT


                                   by  s/ S. Jarrell
                                   *Signature of Clerk or Deputy Clerk*